**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLAUDIA VIDAL, | |
|    Plaintiff, | CIVIL ACTION NO. 3:CV-15-791 |
|    v. | (JUDGE CAPUTO) |
| NATIONWIDE AFFINITY INSURANCE COMPANY AND NATIONWIDE INSURANCE COMPANY, | |
|    Defendants. | |

## **ORDER**

**NOW**, this 24th day of April, 2015, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiff fails to do so, the action will be dismissed.

   /s/ A. Richard Caputo
   A. Richard Caputo
   United States District Judge